TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*RaeAnn Patton*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trinity Warner,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., et al.,<br><br>　　　　Defendants.<br><br>―――――――――――――――――<br><br>Experian Information Solutions, Inc.,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>Trinity Warner, et al.,<br><br>　　　　Counterclaim-Defendants. | Case No.: CV-15-01212-PHX-GMS<br><br>CONSOLIDATED WITH:<br><br>No. CV-16-01888-PHX-SRB<br>No. CV-16-01883-PHX-SMM<br>No. CV-16-01879-PHX-DMF<br>No. CV-16-01877-PHX-JJT<br>No. CV-16-01847-PHX-ESW<br>No. CV-16-01727-PHX-SPL<br>No. CV-16-01834-PHX-SPL<br>No. CV-16-01824-PHX-ROS<br>No. CV-16-01825-PHX-SPL<br>No. CV-16-01728-PHX-DLR<br>No. CV-16-01890-PHX-ROS<br>No. CV-16-01844-PHX-DJH<br>No. CV-16-01731-PHX-JZB<br>No. CV-16-01729-PHX-BSB<br>No. CV-16-01730-PHX-SPL<br>No. CV-16-01845-PHX-GMS<br>No. CV-16-01833-PHX-ESW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF**<br>**NO. CV-16-01728-PHX-DLR** |

　　In regards to the consolidated case of *Patton v. Experian Information Solutions, Inc.*, Case No. 2:16-cv-01728-DLR (filed June 2, 2016), Plaintiff, through counsel undersigned, hereby dismisses *Patton v. Experian Information Solutions, Inc.*, Case No. 2:16-cv-01728-DLR, **ONLY**, without prejudice.

2

| | | |
|---|---|---|
| 1 | DATED: August 8, 2016 | KENT LAW OFFICES |

                                    By: */s/ Trinette G. Kent*
                                    Trinette G. Kent
                                    Attorneys for Plaintiff,
                                    RaeAnn Patton