TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd. #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Trinity Warner*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Experian Information Solutions, Incorporated | **No.: CV-15-01212-PHX-GMS** (LEAD CASE) |
| | **Consolidated With:** |
| | No. CV-16-01888-PHX-GMS<br>No. CV-16-01883-PHX-GMS<br>No. CV-16-01879-PHX-GMS<br>No. CV-16-01877-PHX-GMS<br>No. CV-16-01847-PHX-GMS<br>No. CV-16-01727-PHX-GMS<br>No. CV-16-01834-PHX-GMS<br>No. CV-16-01824-PHX-GMS<br>No. CV-16-01825-PHX-GMS<br>No. CV-16-01844-PHX-GMS<br>No. CV-16-01731-PHX-GMS<br>No. CV-16-01730-PHX-GMS<br>No. CV-16-01845-PHX-GMS<br>No. CV-16-01833-PHX-GMS<br>No. CV-16-00660-PHX- GMS<br>No. CV-16-00661-PHX- GMS<br>No. CV-16-00663-PHX- GMS<br>No. CV-16-00665-PHX- GMS<br>No. CV-16-00666-PHX- GMS<br>No. CV-16-00667-PHX- GMS<br>No. CV-16-01039-PHX- GMS<br>No. CV-16-02987-PHX- GMS<br>No. CV-16-03038-PHX- GMS<br>No. CV-16-03039-PHX- GMS<br>No. CV-16-03040-PHX- GMS<br>No. CV-16-03041-PHX- GMS<br>No. CV-16-03005-PHX- GMS |
| | **NOTICE OF APPEAL IN NO. CV-15-01212-PHX-GMS** |

Notice is hereby given that Trinity Warner, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment from the order granting Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment (Documents 290 and 291) entered in this action on the 17th day of August, 2017.

DATED: September 15, 2017                    KENT LAW OFFICES

By: _/s/  Trinette G. Kent_
Trinette G. Kent
Attorneys for Plaintiff,
Trinity Warner